ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com

*Attorneys for plaintiff Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>DESERT CRYSTAL DRIVE HOMEOWNERS ASSOCIATION, INC.; LN MANAGEMENT LLC SERIES 2752 DESERT CRYSTAL; and HAMPTON & HAMPTON COLLECTIONS, LLC,<br><br>Defendants. | Case No.: 2:16-cv-02957-APG-DJA<br><br>**STIPULATION AND ORDER DISMISSING CLAIMS AGAINST DESERT CRYSTAL DRIVE HOMEOWNERS ASSOCIATION, INC.** |

Plaintiff Federal National Mortgage Association (**Fannie Mae**) and defendant Desert Crystal Drive Homeowners Association, Inc. (**Desert Crystal**) stipulate as follows:

1. This matter relates to real property located at 2752 Desert Crystal Drive, Las Vegas, Nevada 89134, APN 138-18-710-049 (the **Property**).

2. Fannie Mae is the beneficiary of record of a deed of trust recorded against the Property with the Clark County Recorder on October 21, 2003, as Instrument No. 20031021-02967 (the **Deed of Trust**), executed by Judith K. Madden to secure a promissory note in the principal amount of $101,850.

3. On May 1, 2013, Desert Crystal recorded a foreclosure deed with the Clark County Recorder, as Instrument No. 201305010002041 (the **HOA Foreclosure Deed**), reflecting that LN

51863683;1
52922764;1

Management LLC Series 2752 Desert Crystal (**LN Management**) acquired the Property at a foreclosure sale of the Property held on April 18, 2013 (the **HOA Foreclosure Sale**).

4. On December 21, 2016, Fannie Mae initiated a quiet title action related to the Property in the United States District Court for the District of Nevada, Case No. 2:16-cv-02957-APG-DJA.

5. Fannie Mae and Desert Crystal have entered into a confidential settlement agreement in which they have settled all claims between them in this case. The settlement does not impair or otherwise affect Fannie Mae's claims against any other parties, including defendants LN Management LLC Series 2752 Desert Crystal and Hampton & Hampton Collection, LLC.

6. Based on their settlement, Fannie Mae and Desert Crystal stipulate and agree all claims between them are dismissed with prejudice, with each party to bear its own attorney's fees and costs.

DATED: May 4, 2020

| **AKERMAN LLP** | **BOYACK ORME & ANTHONY** |
|---|---|
| */s/ Scott R. Lachman* | */s/ Colli C. McKiever* |
| ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134 | EDWARD D. BOYACK, ESQ.<br>Nevada Bar No. 5229<br>COLLI C. MCKIEVER, ESQ.<br>Nevada Bar No. 13724<br>7432 W. Sahara Avenue, Suite 101<br>Las Vegas, Nevada 89117 |
| *Attorneys for plaintiff Federal National Mortgage Association* | *Attorneys for defendant Desert Crystal Drive Homeowners Association, Inc.* |

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT JUDGE**

DATED: 5/4/2020

2

51863683;1
52922764;1